**LVMH Swiss Manufactures SA and Hublot SA v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 16-cv-05657**

# Schedule A

## Defendants

| No. | Name / Alias |
|---|---|
| 1 | li zhang |
| 2 | 4usale.com |
| 3 | 51fake.com |
| 4 | a-ex.com |
| 5 | afnkorea.org |
| 6 | allwatchescompany.com |
| 7 | aqiang |
| 8 | armani-emporio-watches.net |
| 9 | artechbag.com |
| 10 | asteorologi.com |
| 11 | b2watch.com |
| 12 | barstowwatch.com |
| 13 | BENITA DILLON |
| 14 | besttasteparty.com |
| 15 | bikersrvcamping.com |
| 16 | buyfakewatches.com |
| 17 | Candy Hu |
| 18 | CARROLL |
| 19 | carywatch.com |
| 20 | CHEN KUN |
| 21 | cheng cheng |
| 22 | cheng cheng |
| 23 | chengzhang lin |
| 24 | chenhong |
| 25 | Christina Paul |
| 26 | CHUN ZHONGDIAN |
| 27 | CHUNJIAOZHOU |
| 28 | cocacola |
| 29 | comoz.net |
| 30 | coyotescreek.com |
| 31 | custom-dj-drops.com |
| 32 | dada wang |
| 33 | dada wang |
| 34 | diago jhone |
| 35 | domenico pirozzi |
| 36 | dong dong |
| 37 | dsk-ms.com |
| 38 | du du |
| 39 | ebuywatches.net |

| | |
|---|---|
| 40 | esmajorelojes.com |
| 41 | faketop.com |
| 42 | farmakoplus.com |
| 43 | fashionsalewatch.com |
| 44 | fengyu li |
| 45 | fenoku.net |
| 46 | fsadasd utryys |
| 47 | gaalarm.com |
| 48 | GLEN DSHIRK |
| 49 | GLEN DSHIRK |
| 50 | gofhc.com |
| 51 | gotowatches.co |
| 52 | Gwenaelle Dorchies |
| 53 | Haibo Wang |
| 54 | handbagluxsale.com |
| 55 | handsonthird.com |
| 56 | HEN XIAN |
| 57 | heyoucheng |
| 58 | Hua Wei |
| 59 | Hua Wei |
| 60 | Huang Zheng Jun |
| 61 | hublotwatchesoutlet.com |
| 62 | ilriminese.com |
| 63 | ipierian.org |
| 64 | iwatchesreplica.com |
| 65 | i-watchstore.com |
| 66 | james mao |
| 67 | jiang wen |
| 68 | Jorge Lizardi Aponte |
| 69 | Katherine Carr |
| 70 | Kevin Xie |
| 71 | keyschorale.org |
| 72 | Kiefer Arturo |
| 73 | LAN YOUJIN |
| 74 | lan zhu |
| 75 | Laura Yun |
| 76 | lee rose |
| 77 | Leon Gray |
| 78 | li hai |
| 79 | Li Heng Diao |
| 80 | Li Hui Li Hui |
| 81 | li lu |
| 82 | Li ming |
| 83 | Liao Wen Yan |
| 84 | Lily |
| 85 | LING DONGJIE |
| 86 | Lisa Trade |

| | |
|---|---|
| 87 | liuyifei |
| 88 | liuyifei |
| 89 | love4usale.com |
| 90 | lovegogreen.biz |
| 91 | luxurylikestore.com |
| 92 | ly LI |
| 93 | Ma Lin Yue |
| 94 | mah8.net |
| 95 | MARY CARNEY |
| 96 | ME DAIXIAN |
| 97 | megabook.fr |
| 98 | meixi |
| 99 | ming a |
| 100 | mmnwatches.com |
| 101 | Murat Bilen |
| 102 | musesink.com |
| 103 | mwpinfocus.com |
| 104 | nantablog.com |
| 105 | need-replica-watches.space |
| 106 | norma12 lucy32 |
| 107 | orologinit.com |
| 108 | ozon-watches.com |
| 109 | pashasaat.com |
| 110 | Peng HuangPeng |
| 111 | perfectcloneswatches.com |
| 112 | philippe ann |
| 113 | qi bowen |
| 114 | qiang a |
| 115 | qltt.biz |
| 116 | Quanneng Cheng |
| 117 | Qzen |
| 118 | Registrant of 2nt3.com |
| 119 | Registrant of angelwatches.cc |
| 120 | Registrant of arg-me.com |
| 121 | Registrant of ceriumworks.com |
| 122 | Registrant of doom-metalbr.com |
| 123 | Registrant of ea6v.com |
| 124 | Registrant of frivjogoo.com |
| 125 | Registrant of gzoly.com |
| 126 | Registrant of iwatchimage.com |
| 127 | Registrant of monetite.com |
| 128 | Registrant of naturwood.net |
| 129 | Registrant of nongdan24h.com |
| 130 | Registrant of norstarpow.com |
| 131 | Registrant of notituitweb.com |
| 132 | Registrant of omegawatchesprices.com |
| 133 | Registrant of phuanbinh.com |

| | |
|---|---|
| 134 | Registrant of replicawatchforum.net |
| 135 | Registrant of shoppingreplicawatches.com |
| 136 | Registrant of siampixel.com |
| 137 | Registrant of sreplicawatches.com |
| 138 | Registrant of thjuiceplus.com |
| 139 | Registrant of wc4aa.com |
| 140 | repigo.com |
| 141 | replicafine.com |
| 142 | replicafree.net |
| 143 | replicahublotgz.com |
| 144 | replicaslujo.com |
| 145 | replicawatches777.net |
| 146 | replicawatchesussale.com |
| 147 | replicawatchs.co |
| 148 | replicawatchsales.net |
| 149 | Rui Fangmin |
| 150 | SAN LINTUN |
| 151 | santas-me.net |
| 152 | seoer |
| 153 | sha da da |
| 154 | Signe Strom |
| 155 | silwatch.co |
| 156 | Stuart Proctor |
| 157 | Thomas |
| 158 | Thomas Ren |
| 159 | truestarbewell.com |
| 160 | Unice |
| 161 | urrbrae.org |
| 162 | usidolwatches.com |
| 163 | v63.org |
| 164 | Van Dam |
| 165 | vogue |
| 166 | wang dali |
| 167 | wang lai |
| 168 | watch-babes.com |
| 169 | watches allen |
| 170 | watchesluxury.net |
| 171 | watchesnorm.com |
| 172 | watchesreplica.info |
| 173 | watchforgift.com |
| 174 | Watse |
| 175 | wen jiaqiang wen jiaqiang |
| 176 | Wohong Niu |
| 177 | Wuxi Yilian LLC |
| 178 | wuxiao |
| 179 | xbjyxx.com |
| 180 | XIAN SHOUQUAN |

| | |
|---|---|
| 181 | xiang rongxin |
| 182 | xiuyue li |
| 183 | YAN HUA XIN |
| 184 | YANLIMA |
| 185 | zekai sun |
| 186 | zhanfeng jiang |
| 187 | Zhao ShuJun |
| 188 | zhaoyun |
| 189 | zhen lin |
| 190 | zhenze.org |
| 191 | zhouling |
| 192 | Zhuhai Yingxun Keji Limited |
| 193 | Best Seller Best Supplier |
| 194 | BUBU |
| 195 | CN--Rose Li |
| 196 | Devars Watch (Shenzhen) Co., Ltd. |
| 197 | Dongguan Juding Silicone Product Co., Ltd. |
| 198 | Dongguan Lingdu Plastic Products Co., Ltd. |
| 199 | e-vango |
| 200 | Guangzhou Nvoon Trading Co., Ltd. |
| 201 | Happy buy funny try |
| 202 | jihao ma |
| 203 | lololo_426 |
| 204 | New Elite Team |
| 205 | Shenzhen Huangrun Technology Co., Limited |
| 206 | Shenzhen Jinfushi Technology Limited Company |
| 207 | Shenzhen Outai Watch Co., Ltd. |
| 208 | Shenzhen Panda Electronic Tech Co., Ltd. |
| 209 | Shenzhen Rococo Watch & Clock Co., Ltd. |
| 210 | Shenzhen Silverdream Electronic Technology Co., Ltd. |
| 211 | Shenzhen WANQIN Watch Co., Ltd. |
| 212 | Shenzhen Yonghao Watch & Clock Co., Ltd. |
| 213 | Shenzhen Zovor Technology Co., Ltd. |
| 214 | Watch good faith cooperation store |
| 215 | Watches flagship store |
| 216 | weiwen630 |
| 217 | Well done Wholesale Watches Accessories |
| 218 | zhang xiaozhou |
| 219 | zhangdada's dress |
| 220 | zhuolei watchband |
| 221 | zixing |

| Defendant Online Marketplace Accounts ||
|---|---|
| No | URL |
| 1 | aliexpress.com/store/1230708 |
| 2 | aliexpress.com/store/336194 |

| | |
|---|---|
| 3 | aliexpress.com/store/715111 |
| 4 | devars.en.alibaba.com |
| 5 | jd-watch.en.alibaba.com |
| 6 | dglingdu.en.alibaba.com |
| 7 | ebay.com/usr/e-vango |
| 8 | nvoon.en.alibaba.com |
| 9 | aliexpress.com/store/1901830 |
| 10 | aliexpress.com/store/1735297 |
| 11 | ebay.com/usr/lololo_426 |
| 12 | aliexpress.com/store/1269000 |
| 13 | huangrun-watches.en.alibaba.com |
| 14 | cnkingfish.en.alibaba.com |
| 15 | outaiwatch.en.alibaba.com |
| 16 | szpanda.en.alibaba.com |
| 17 | rococowatch.en.alibaba.com |
| 18 | sfjldz.en.alibaba.com |
| 19 | szwanqin.en.alibaba.com |
| 20 | szyonghao.en.alibaba.com |
| 21 | zovor.en.alibaba.com |
| 22 | aliexpress.com/store/1940114 |
| 23 | aliexpress.com/store/1503904 |
| 24 | ebay.com/usr/weiwen630 |
| 25 | aliexpress.com/store/1509093 |
| 26 | aliexpress.com/supplier-fm/wholesale-products/234400611-productlist.html |
| 27 | aliexpress.com/store/1529158 |
| 28 | aliexpress.com/store/1486005 |
| 29 | aliexpress.com/store/1761739 |

| Defendant Domain Names ||
|---|---|
| 1 | tagreplicawatch.top |
| 2 | bestfakewatches.top |
| 3 | watchreplicaonline.top |
| 4 | hublotwatches.top |
| 5 | omegashop.top |
| 6 | 4usale.com |
| 7 | 51fake.com |
| 8 | a-ex.com |
| 9 | afnkorea.org |
| 10 | allwatchescompany.com |
| 11 | dsi-dev.com |
| 12 | jvsks.com |
| 13 | armani-emporio-watches.net |
| 14 | artechbag.com |
| 15 | asteorologi.com |
| 16 | b2watch.com |
| 17 | barstowwatch.com |

| | |
|---|---|
| 18 | wristwatchbar.com |
| 19 | besttasteparty.com |
| 20 | bikersrvcamping.com |
| 21 | buyfakewatches.com |
| 22 | luxywatches.com |
| 23 | hellorolex.co.uk |
| 24 | carywatch.com |
| 25 | the-watches.com |
| 26 | repliquesuisse.co |
| 27 | watchestoo.co |
| 28 | watch-e-shop.com |
| 29 | apascher.com |
| 30 | kuvarsit.net |
| 31 | bellrossreplica.com |
| 32 | relogiosdereplicas.com |
| 33 | cwatcheshow.com |
| 34 | comoz.net |
| 35 | coyotescreek.com |
| 36 | custom-dj-drops.com |
| 37 | thwatches.com |
| 38 | tagwatchesuk.com |
| 39 | tagwatchesusa.com |
| 40 | watchesheuer.com |
| 41 | taghwatches.com |
| 42 | tagwatcheseu.com |
| 43 | watchesgoing.co |
| 44 | orologiita.com |
| 45 | fashionwatchjp.com |
| 46 | dsk-ms.com |
| 47 | fadswatch.com |
| 48 | ebuywatches.net |
| 49 | esmajorelojes.com |
| 50 | faketop.com |
| 51 | farmakoplus.com |
| 52 | fashionsalewatch.com |
| 53 | hublotreplicawatch.com |
| 54 | fenoku.net |
| 55 | professionalreplica.com |
| 56 | gaalarm.com |
| 57 | aokwatches.com |
| 58 | somewatchesbuy.com |
| 59 | gofhc.com |
| 60 | gotowatches.co |
| 61 | montrespas-cher.fr |
| 62 | luxurywatchesbuy.com |
| 63 | handbagluxsale.com |
| 64 | handsonthird.com |

| | |
|---|---|
| 65 | hublotreplicas.com |
| 66 | replicaoffer.com |
| 67 | watch-sold.com |
| 68 | watchimitation.com |
| 69 | kopiuredk.com |
| 70 | hublotwatchesoutlet.com |
| 71 | ilriminese.com |
| 72 | ipierian.org |
| 73 | iwatchesreplica.com |
| 74 | i-watchstore.com |
| 75 | etareplica.com |
| 76 | perfectwatchescn.co.uk |
| 77 | ryeonline.co.uk |
| 78 | repliquesmontres.co |
| 79 | shopinglobal.com |
| 80 | keyschorale.org |
| 81 | fakewatchesshop.com |
| 82 | patekphilippebuy.com |
| 83 | warlockdigital.com |
| 84 | ttw8488.com |
| 85 | madeclear.us |
| 86 | trusty-watches.com |
| 87 | hublot-big-bang-unico.com |
| 88 | hublottuttifruttireplica.com |
| 89 | classicfusionwatches.com |
| 90 | georgefakes.net |
| 91 | thomasreplica.net |
| 92 | montreee.com |
| 93 | deluxewristwatch.biz |
| 94 | replicawn.com |
| 95 | eta911watch.net |
| 96 | watchesalon.biz |
| 97 | patekphilippereplicas.com |
| 98 | fakefirm.com |
| 99 | watchesda.com |
| 100 | us-watches.com |
| 101 | love4usale.com |
| 102 | lovegogreen.biz |
| 103 | luxurylikestore.com |
| 104 | themwatchus.net |
| 105 | passportty.top |
| 106 | mah8.net |
| 107 | ishowatches.com |
| 108 | tagmonacoreplica.com |
| 109 | megabook.fr |
| 110 | suehirotei.net |
| 111 | hublotgrade.top |

| | |
|---|---|
| 112 | luxurywatchesonline.top |
| 113 | 2016newhublot.top |
| 114 | mmnwatches.com |
| 115 | baguswatch.com |
| 116 | musesink.com |
| 117 | mwpinfocus.com |
| 118 | nantablog.com |
| 119 | need-replica-watches.space |
| 120 | watcheslucks.com |
| 121 | orologinit.com |
| 122 | ozon-watches.com |
| 123 | pashasaat.com |
| 124 | yteshop.com |
| 125 | perfectcloneswatches.com |
| 126 | tarawatch.co |
| 127 | sammywatch.com |
| 128 | hublotwatchesforsale.top |
| 129 | onmyperfectwatches.org |
| 130 | qltt.biz |
| 131 | rolexbreitling.com |
| 132 | mic-market.com |
| 133 | 2nt3.com |
| 134 | angelwatches.cc |
| 135 | arg-me.com |
| 136 | ceriumworks.com |
| 137 | doom-metalbr.com |
| 138 | ea6v.com |
| 139 | frivjogoo.com |
| 140 | gzoly.com |
| 141 | iwatchimage.com |
| 142 | monetite.com |
| 143 | naturwood.net |
| 144 | nongdan24h.com |
| 145 | norstarpow.com |
| 146 | notituitweb.com |
| 147 | omegawatchesprices.com |
| 148 | phuanbinh.com |
| 149 | replicawatchforum.net |
| 150 | shoppingreplicawatches.com |
| 151 | siampixel.com |
| 152 | sreplicawatches.com |
| 153 | thjuiceplus.com |
| 154 | wc4aa.com |
| 155 | repigo.com |
| 156 | replicafine.com |
| 157 | replicafree.net |
| 158 | replicahublotgz.com |

| | |
|---|---|
| 159 | replicaslujo.com |
| 160 | replicawatches777.net |
| 161 | replicawatchesussale.com |
| 162 | replicawatchs.co |
| 163 | replicawatchsales.net |
| 164 | orologireplicheit.com |
| 165 | richardmillereplica.com |
| 166 | santas-me.net |
| 167 | swisssreplicawatches.co.uk |
| 168 | mowatches.net |
| 169 | orologireplicacontrassegno.it |
| 170 | silwatch.co |
| 171 | mallwatch.uk |
| 172 | mywatcheap.com |
| 173 | ibywatches.com |
| 174 | truestarbewell.com |
| 175 | nowsewatches.com |
| 176 | nowuswatches.com |
| 177 | urrbrae.org |
| 178 | usidolwatches.com |
| 179 | v63.org |
| 180 | nowmontresfr.com |
| 181 | itaorologi.com |
| 182 | loveklockor.com |
| 183 | jpensshop.com |
| 184 | yamadawatch7.com |
| 185 | tancopys.com |
| 186 | watchesreplicasales.org |
| 187 | nicewatchesformen.org |
| 188 | sanri.org |
| 189 | replicawatches.cc |
| 190 | watch-babes.com |
| 191 | bugtalk.us |
| 192 | watchesluxury.net |
| 193 | watchesnorm.com |
| 194 | watchesreplica.info |
| 195 | watchforgift.com |
| 196 | highqualitywatch.co.uk |
| 197 | hublotf1.com |
| 198 | kingwatchltd.net |
| 199 | discountwatches.top |
| 200 | rolexmilgauss.top |
| 201 | copybrandwatches.top |
| 202 | tagheuerwatch.net |
| 203 | xbjyxx.com |
| 204 | audemarpiguetreplicas.com |
| 205 | e-efore.com |

| | |
|---|---|
| 206 | falwatches.com |
| 207 | 7750asian.com |
| 208 | anawatches.com |
| 209 | dealsforwatch.com |
| 210 | ewatchesbest.com |
| 211 | rolex-replicawatches.com.co |
| 212 | falskeklokke.com |
| 213 | breitlingtag.com |
| 214 | zhenze.org |
| 215 | gentlewatches.org |
| 216 | ptsee.net |
| 217 | watchmobi.net |
| 218 | shopuhren.com |
| 219 | watchlc.com |
| 220 | seefrs.com |
| 221 | ukwatchespromo.com |
| 222 | watchesit.com |
| 223 | loveuhren.com |
| 224 | myloveaus.com |
| 225 | ljwatch.com |
| 226 | mybrlove.com |